FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00415-CV

**IN RE** Hugo Xavier **DE LOS SANTOS**, ESQ.,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23662
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice

On September 29, 2021, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** October 8, 2021.

**PER CURIAM**

ATTESTED TO:
_____
MICHAEL A. CRUZ,
CLERK OF COURT